UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE P.C., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES PATENT & TRADEMARK OFFICE, <br><br> Defendant. | No. C 19-05935 WHA <br><br> **ORDER RE APRIL 2 HEARING DUE TO PUBLIC HEALTH CONCERN** |

In light of the public health concern caused by COVID-19 (coronavirus), Judge Alsup has vacated all in-court civil hearings through April 17. The April 2 hearing shall be conducted telephonically, still at 8:00 a.m. The courtroom deputy will contact the parties regarding dial-in information.

**IT IS SO ORDERED.**

Dated: March 26, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE